# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

v.

GILBERT SOLNIN,

DEFENDANT.

FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★ FEB 16 2011 ★

LONG ISLAND OFFICE

WARRANT FOR ARREST

CASE NUMBER: **11-0151M**

TO: ERIC ORAM, SPECIAL AGENT, _____, and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest __GILBERT SOLNIN__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**MAIL FRAUD**

In violation of Title __18__   United States Code, Section(s) __1341__

| WILLIAM D. WALL | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| | FEBRUARY 11, 2011-CENTRAL ISLIP, NY |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ _____ | By _/s/ William D. Wall_ |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 2/11/2011 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/16/2011 | ERIC ORAM US Postal Inspector | [signature] |