UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

INITIAL APPEARANCE CALENDAR ★ FEB 16 2011 ★

LONG ISLAND OFFICE

Magistrate Case Number: 11-mj- 151

) Defendant's Name: Solnin      Gilbert
                        (Last)        (First)        (M.I.)

) Age:_____

) Title:  1 8          Section(s):  1341

) Citizen of:_____      Needs:_____      Interpreter

) Arrest Warrant Issued:_____      Date and time of arrest:_____

(Items 1-6 to be completed by AUSA/Arresting Officer)      Consular notification

) Removal Proceeding:___Yes ✓No   Other District:_____

) Name of Interpreter used today:_____      Language:_____

9) Arraignment on complaint held: ✓Yes ___No   Date/Time: 2/16/11

10) Detention Hearing Held:___ Bail set at: *secured* 250,000.00   ROR Entered:___ POD Entered:___

11) Temporary Order of Detention Entered:___   Bail Hearing set for:_____

12) (a) Preliminary Hearing set for:_____; or waived: ✓

    (b) Removal Hearing set for:_____; or waived:_____

    (c) Status Conference set for:_____

13) ASSISTANT U.S. ATTORNEY: Allen Bode

14) DEFENSE COUNSEL'S NAME: Joseph Conway
    Address:_____
    Bar Code:_____ CJA:___ PDA:___ RET: ✓
    Telephone Number:(___)_____

15) ESR Tape #:___ / ___ (11:43 - 11:5 )

16) Complaint/Affidavit/Indictment unsealed:___Yes ___No
    SO ORDERED ON THIS _____ DAY OF _____, 20__

    _____
    UNITED STATES MAGISTRATE JUDGE

17) Other Comments/Rulings:_____