AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

**FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★ FEB 16 2011 ★

LONG ISLAND OFFICE**

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF New York

UNITED STATES OF AMERICA
v.
Gilbert Solnin

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 11-m-151

I, Gilbert Solnin, charged in a ☑ complaint ☐ petition pending in this District with Mail Fraud in violation of Title T 18 USC Sect 1341, U.S.C.

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☑ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

_[Signature]_
Defendant

_[Signature]_
Counsel for Defendant

2/16/11
Date