FILED
IN CLERK'S OFFICE District Court
EASTERN DISTRICT OF NEW YORK

FEB 16 2011

LONG ISLAND OFFICE

UNITED STATES OF AMERICA

★ ORDER SETTING CONDITIONS
OF RELEASE AND BOND

V.

Defendant: Gilbert Solnin

Case No.: 11-m-151

### RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, **subject to the Standard Conditions of Bond on the reverse** and:

[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or
[X] Upon **Unsecured Bond** executed by defendant in the amount of $_____, or
[X] Upon **Secured Appearance Bond** as provided herein.

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[X] 1. The defendant must remain in and may not leave the following areas without Court permission: Continental

[ ] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: _____

[ ] 3. The defendant shall avoid and not go to any of the following locations: _____

[X] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by _____ and shall not apply for any other passport.

[ ] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
   [ ] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;
   [✓] must report to that agency [✓] in person 1 times per month and/or [✓] by telephone _____ times per _____;
   [ ] is subject to home detention with electronic monitoring with the following conditions: _____

[ ] must undergo [ ] random drug testing [ ] evaluation and/or [ ] treatment, for [ ] substance abuse [ ] alcoholism: [ ] mental health problems.
[ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[ ] 6. Other Conditions: _____

### APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 250,000 —
The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:
[ ] cash deposited in the Registry of the Court the sum of $_____;
[✓] premises located at: 16 Lillian La Plainview owned by _____
[✓] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before 2/23/11.
[ ] Other Conditions: _____

Surety _____ Address: 16 Lillian La. Plainview NY, 11803

Surety _____ Address: _____

Surety _____ Address: _____

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the **Standard Conditions of Bond** set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth on the reverse of this form.

Signature of Defendant

Release of the Defendant is hereby ordered on 2/16/11

/s/ E. Thomas Boyle
USMJ

Distribution:    White-Original    Canary - Courtroom Deputy    Pink - Pretrial

## LIST RE GILBERT SOLNIN

| INDIVIDUAL NAME | BUSINESS NAME | |
|---|---|---|
| | DZP Marketing Communications Inc.<br>Broadway, 5th Floor<br>New York, NY 10013 | |
| | Lisa Manos & John Manos<br>57 Canfield Rd<br>Convent Station, NJ 07961 | |
| | MKM Group<br>Columbia Tpke<br>Florham Park, NJ 07932 | |
| David Moller | Whitlock Packaging Corp | |
| John Ludwig, CEO | Push<br>150 North Orange Ave, Suite 300<br>Orlando, FL | |
| Mitch Winter | Laughlin Constable<br>Milwaukee, WI | |
| Art Webb | Communications Consultants Inc<br>Virginia Beach, VA | |
| | Jerry Whitlock<br>Boca Raton, FL 33431 | |
| Jerry Flemma | Jacobson Rost WI 59032 | |
| Carlos Jimenez | bounce - the bounce agency<br>Granville, SC | |
| Chris Harwell | The Lord and Lasker Company<br>Lakeland, Fl 33906 | |
| Bryan Ward | Giant Ideas LP<br>Pittsburg, PA | |
| Robyn Deyo | Barbermartin Advertising<br>Richmond, VA | |
| Robert Mc Enany | Levenson & Hill | |
| Jeff Winsper | J. Winsper & Co<br>77 Summer St, 4th Fl<br>Boston, MA 02110 | |
| | Adamson<br>St. Louis, MO | |
| Jim Nash | Marcus Thomas, LLC<br>Highlands Business Park<br>24865 Emery Rd<br>Cleveland, OH 44128 | |
| Flint Finlinson | Propaganda, Inc<br>3115 S. Grand Blvd, Suite 500<br>St. Louis, MO 68119 | |
| | Swanson Russell Associates | |

| | | |
|---|---|---|
| Kaiser, Michael | Kaiser Marketing<br>11400 W. Olympic Blvd, Ste 600<br>Los Angeles, CA 90064 | |
| Scott Burke | Mortar Advertising LLC<br>25 Maiden Lane<br>San Francisco, CA | |
| Gary Day | Sabatino/Day Inc. Advertising /<br>Publec Relations<br>Mawisburg, OH 46342 | |
| Lori Colman | Colman Brohan Davis Inc,<br>54 W. Hubbard St Concourse<br>Leval East<br>Chicago, IL 60664 | |
| Michael Krienik | krienik advertising, inc.<br>115 West Ninth St<br>Cincinnati, OH 45202 | |
| Beverly Murray | R&M<br>Cary, NC | |
| | Starmark International<br>1815 Griffin Rd<br>Dania Beach, FL 33004 | |
| | Scout Marketing<br>Atlanta, GA | |
| | Carpenter/Sullivan/Sossaman<br>400 Union Ave<br>Memphis, TN 330103 | |
| Mark Perkins | Sullivan Perkins<br>McKinney Ave<br>Dallas, TX | |
| | Pavone<br>Market St<br>Harrisburg, PA | |
| | Holtonn & Co.<br>Ambler, PA | |
| Pat McGuinness<br>Attorney Steven<br>Kreller, The Kreller<br>Law Firm<br>800-488-3053 | Trumpet Group<br>2803 St. Philip Street    New<br>Orleans, LA | |
| | Riester Sonoran LLC<br>Phoenix, AZ | |
| Scott Brandon | Brandon Advertising<br>Church St<br>Myrtle Beach, SC 29577 | |
| Dave Newbold<br>Scott Rockwood | Richter7<br>280 South 400 West, Suite 200<br>Salt Lake City, UT 84101 | |
| Angelo Antoline | MundayMorning Inc<br>Spring Valley Rd, Suite 700<br>Dallas, TX | |

| | | |
|---|---|---|
| Paul | initio<br>212 Third Ave N., Suite S10?<br>Minneapolis, MN 55 | |
| Mark Morris | MorseKode<br>International Drive, Suite 140<br>Minneapolis, MN | |
| | Bailey Gardiner Inc.<br>San Diego, CA 92100 | |
| Gregory Bell | William Eisner & Associates<br>WI | |
| Tom Gabriel CEO | Gabriel deGrood Bendt<br>608 2nd Avenue South, Suite 129<br>Minneapolis, MN 55402 | |
| Alan Brown | DNA Brand Mechanics<br>1301 Fifth Ave, Suite<br>Seattle, WA 98101 | |
| Jack Supple | Pocket Hercules Inc.<br>510 1st Ave N., Suite 210<br>Minneapolis, MN | |
| Peter Marks | Maris, West and Baker<br>Jackson, MS | |
| Bill Coontz, Pres.<br>Sue Kruskopf, CEO | Kruskopf Coontz<br>310 4th Avenue South, Floor 2<br>Minneapolis, MN 55415 | |
| Michelle Fitzgerald, Partner | Brew Creative<br>530 University Avenue SE<br>Minneapolis, MN 55414 | |
| Glenn Miller | G & M Plumbing (Ad agency)<br>Redondo Beach, CA | |