F.#2010R02118

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

GILBERT SOLNIN,

        Defendant.

- - - - - - - - - - - - - - - - -X

O R D E R

11 M 0151

FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★ FEB 17 2011 ★

LONG ISLAND OFFICE

     Upon motion of the government, the above-captioned Complaint sworn to on February 11, 2011, before the Honorable William D. Wall is hereby unsealed for all purposes.

DATED: February 17, 2011
       Central Islip, NY

SO ORDERED

/s/ E. Thomas Boyle
USMJ
_____
THE HONORABLE E. THOMAS BOYLE
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK