CRIMINAL CALENDAR

MAGISTRATE JUDGE_____The Honorable Arlene R. Lindsay_____

DATE____July 15, 2011_____

USAO #____2010R02118_____

UNITED STATES VS.__GILBERT SOLNIN_____

MAGISTRATE NO. __M 11-0381_____

CRIMINAL CAUSE FOR DISMISSAL OF COMPLAINT WITHOUT PREJUDICE.

( )   VACATE WARRANT

FOR THE GOVERNMENT:_____
ALLEN L. BODE
Assistant U.S. Attorney
(631) 715-7828

( ) BROOKLYN          ( X ) CENTRAL ISLIP


FOR THE DEFENDANT:____JOSEPH CONWAY_____



DEFENDANT STATUS:   ( ) INCARCERATED
(IF INCARCERATED PLEASE 475 DEFENDANT FOR COURT APP.)

(X) NOT INCARCERATED (in this District)

( ) INCARCERATED ON ANOTHER MATTER
(DO NOT RELEASE)


( ) TO UNITED STATES MARSHALS SERVICE, EDNY
    I ORDER RELEASE OF THIS PRISONER IN THE ABOVE CASE FROM THE CUSTODY OF THE
    UNITED STATES MARSHALS SERVICE


SO ORDERED: _____          DATED: July 15, 2011
THE HONORABLE ARLENE R. LINDSAY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK