# CRIMINAL CALENDAR

MAGISTRATE JUDGE_____The Honorable Arlene R. Lindsay_____

DATE____July 15, 2011_____

USAO #____2010R02118_____

UNITED STATES VS.__GILBERT SOLNIN_____

MAGISTRATE NO.___M 11-0381_____

CRIMINAL CAUSE FOR DISMISSAL OF COMPLAINT WITHOUT PREJUDICE.

(  )  VACATE WARRANT

FOR THE GOVERNMENT: _____/s/_____
ALLEN L. BODE
Assistant U.S. Attorney
(631) 715-7828

(  ) BROOKLYN          ( X ) CENTRAL ISLIP


FOR THE DEFENDANT:_____JOSEPH CONWAY_____


DEFENDANT STATUS:    (  ) INCARCERATED
(IF INCARCERATED PLEASE 475 DEFENDANT FOR COURT APP.)

(X) NOT INCARCERATED (in this District)

(  ) INCARCERATED ON ANOTHER MATTER
(DO NOT RELEASE)

(  ) TO UNITED STATES MARSHALS SERVICE, EDNY
I ORDER RELEASE OF THIS PRISONER IN THE ABOVE CASE FROM THE CUSTODY OF THE UNITED STATES MARSHALS SERVICE

SO ORDERED: _____/s/_____          DATED: July 15, 2011
THE HONORABLE ARLENE R. LINDSAY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK